AO 106 (Rev. 04/10)  Application for a Search Warrant

**FILED**
U.S. District Court
District of Kansas

# UNITED STATES DISTRICT COURT

for the

District of Kansas

MAY 2 6 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) |
| Information associated with the Google Account identified as STEVESIFERS727@GMAIL.COM that is stored at premises controlled by Google LLC | ) ) ) |

Case No. 22-MJ-6104-01-GEB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Information associated with the Google Account identified as STEVESIFERS727@GMAIL.COM that is stored at premises controlled by Google LLC

located in the _____Northern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2261A | Stalking |
| 18 U.S.C. 2252A(a)(2) | Receipt/Distribution of Child Pornography |
| 18 U.S.C. 2252A(a)(5)(B) | Possession/Access with Intent to View Child Pornography |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT OF PROBABLE CAUSE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Natalie Da* 2375
*Applicant's signature*

Natalie A. Daemen, TFO, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 24 May 22 @ 2:53 pm .

*Judge's signature*

City and state:  Wichita, Kansas

Honorable Gwynne E. Birzer, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE  DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH **STEVESIFERS727@GMAIL.COM** THAT IS STORED AT PREMISES CONTROLLED BY **GOOGLE LLC** | Case No. _22 - 6104 - GEB_ |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Natalie A Daemen, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Detective with the Wichita Police Department, and have been with the department since March 2011.  I am currently a Task Force Officer for the Federal Bureau of Investigations. As a Task Force Officer of the FBI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States, including violations of Title 18, United States Code § 2252 and 2252A, and 2261A. I have participated in a wide variety of criminal investigations, to include violent crime, crimes against children, major theft, and other federal crimes. I have participated in the preparation and execution of search warrants, including, but not limited to, those involving the sexual exploitation of minors and certain activities relating to material constituting or containing child pornography.

2.      I make this affidavit in support of an application for a search warrant for information associated with a certain account, identified in Attachment A, that is stored at premises controlled by **Google** LLC, an email provider headquartered at **1600 Amphitheatre Parkway, Mountain View, CA 94043**.  This affidavit is made in support of an application for a search

warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require the electronic service/communications provider to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

3.     This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2261A(a)(2), commonly known as Stalking, 18 U.S.C. § 2252A(a)(2), commonly known as Distribution of Child Pornography, and 18 U.S.C. § 2252A(a)(5)(B), commonly known as Possession of Child Pornography, have been committed by Susan Martin and Christopher Teter. There is also probable cause to search the account described in Attachment A for evidence, instrumentalities, contraband, and/or fruits of these crimes, as further described in Attachment B.

## JURISDICTION

5.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is a district court of the United States that has jurisdiction over the offense(s) being investigated. 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6.      SUSAN MARTIN, a resident[1] of 1845 S Ida, Wichita, Kansas, was and currently is in a relationship with CHRISTOPHER TETER.

7.      During periods of discord with MARTIN, TETER would occasionally stay at neighbor CHARLIN CHRISTIAN's residence, at 1823 S Ida, for whom he had occasionally done yard work and developed a friendship.

8.      Because of her friendship with TETER, CHRISTIAN became a target of harassment from MARTIN, resulting in CHRISTIAN obtaining an active Protection From Stalking (PFS) order in Sedgwick County against MARTIN. The PFS order had been served on June 16, 2021.

9.      Despite the existence of the PFS order, MARTIN has continued to engage in harassing and intimidating conduct directed at CHRISTIAN and others.

### MARTIN deploys a Locanto advertisement

10.     On December 12, 2021, at approximately 9:45 A.M., officers of the Wichita Police Department (WPD) responded to a call from CHRISTIAN at 1823 S Ida regarding a disturbance with a weapon. CHRISTIAN reported her neighbor SUSAN MARTIN messaged CHRISTIAN's uncle via Facebook Messenger to express frustration that CHRISTIAN kept blocking her Facebook profile, and further advising that she would continue to send guys over to CHRISTIAN's residence. CHRISTIAN reported MARTIN made a fake Craigslist Ad advertising Free Sex, and that several males had come to her residence and stated "SUSAN MARTIN says hi."

---

[1] It appears that MARTIN has recently left this residence. However, for the activities described herein, MARTIN resided at this address.

3

11.     On December 12, 2022, at approximately 12:25 P.M., WPD returned to 1823 S Ida Street. Officers again made contact with CHRISTIAN who stated MARTIN had made threats against her on the chat function of a church service she was watching. CHRISTIAN again reported personal ads had been made against her will advertising for sex.

12.     WPD Officer Kailee Oswalt observed an advertisement on Locanto.com[2] entitled "Come over for fun," with the body of the post stating "Come over and fuck me just come to 1823 S Ida Wichita, KS 67211." Included on the advertisement was a photo of a white female with black hair. CHRISTIAN identified herself in the photo, and indicated it had likely been taken from her Facebook page.

13.     Officer Oswalt contacted Locanto.com who voluntarily provided their records and subscriber information for the aforementioned advertisement, identified by Ad ID 5347981823:

> Title: Come on over for fun – 50
> URL: https://wichita.locanto.com/ID_5347981823/Come-on-over-for-fun.html
> Email address used: susanmartncats55@gmail.com
> IP address: 172.13.8.16 at 2021-12-09 01:24:49 UTC
> Initial timestamp: 2021-12-09 01:24:49 UTC
> Number: 3166707954
> First Name: charline
> Last Name: Christian
> City: Wichita
> Email 1: susanmartncats55@gmail.com
> Registered at: Last login: 2021-12-31 10:09:22 UTC
> Last new posting created: 2021-12-12 21:44:01 CET[3]
> Last posting modification by user: 2021-12-12 21:44:01 CET

---

[2] Locanto operates as a free classified advertising website, allowing users to post advertisements under a variety of categories. As Locanto explains, "Posting ads to Locanto is quick, easy and free. Just click the 'Post free ad' button at the top-right corner of the page and then follow the subsequent instructions. An ad should include a convincing title and a detailed description. You can upload up to 20 images to your ad. Before being able to post an ad, please be sure to make and confirm your Locanto account." Available online (under "Ads – Posting an ad"), as of March 3, 2022, at: https://www.locanto.com/run/faq/#b1_1

[3] CET stands for Central European Time.

4

IP 1: 172.13.8.16

14.     A search of law enforcement databases revealed telephone number 316-670-7954 was then registered to Susan MARTIN, 1845 S Ida Rd, Wichita, Kansas.

15.     Investigators obtained a search warrant issued to AT&T for the subscriber associated with the reported IP address, which returned to identify the subscriber as Susan MARTIN at 1845 S Ida, Wichita, Kansas. Additional subsequent investigation, discussed below, confirmed that MARTIN's residence has been associated as the physical location for IP address 172.13.8.16, the IP address associated with the Locanto.com ad.

16.     On January 11, 2022, Officer Oswalt contacted MARTIN and conducted an interview. MARTIN admitted she utilized Facebook.com under the name "Susan Lytle Martin." MARTIN provided verbal consent as well as signed a written consent to a search of her cellular telephone and Samsung Tablet.

17.     On January 11, 2022, CHRISTIAN contacted Officer Oswalt and provided a screenshot of a Facebook message from an account labeled Susan Martin with a picture of MARTIN. The message stated: "since the police are wanting my phone and tablet today. I will erase all information on it so she can't trace it back to me. That way they won't find anything on it."

18.     Subsequent forensic examination of MARTIN's phone revealed it had been used to access the Locanto.com advertisement on December 10, 2021.

**Claims of Child Pornography by MARTIN**

19.     On February 1, 2022, CHRISTIAN established a new residence in Hutchinson, Kansas.

20.     On February 5, 2022, at approximately 6:44 PM Central Standard Time, Hutchinson Police Chief Jeff Hooper received an email from Susan MARTIN (via susanmartinsusieque65@gmail.com) stating "You need to know Charlin Christian is receiving child porn on her phone through her email. Her email address is charlinthestar@gmail.com last I knew she lives in Hutchinson."

21.     On February 8, 2022, the Hutchinson Kansas Police Department received a report from CHRISTIAN advising she had been sent images of child pornography via email on February 5, 2022 at 6:39 PM. The email came from bobsimmons5665@protonmail.com[4] to her email address charlinthestar@gmail.com. CHRISTIAN reported she contacted Bob Simmons, a former neighbor from the 1800 block of S Ida, and he denied sending the email.

22.     The child pornography sent via the Protonmail account included images depicting prepubescent females spreading their legs and exposing their genitals.

23.     The time between the child pornography email, sent to CHRISTIAN, and the email sent by MARTIN to Chief Hooper is roughly 5 minutes. Given MARTIN's apparent awareness that child pornography would then be located in CHRISTIAN's Gmail account, it is likely that MARTIN was responsible or involved in sending the child pornography to the account in order to fabricate a report to Chief Hooper. Moreover, because that MARTIN emailed Hutchinson law enforcement only four days after CHRISTIAN's relocation, it appeared MARTIN was surveilling CHRISTIAN's movements.

---

[4] Protonmail is an end-to-end encrypted email service, with both free and paid services. Protonmail does not require any verifiable information to set up an account. However, if a user forgets their password and has not provided a phone or secondary email address, no "password reset" email or text message can be used to reset the password.

24.     On February 19, 2022, an email containing child pornography was sent to the Hutchinson Police Department, Reno County Sheriff Department, and several Hutchinson businesses. That email included images depicting prepubescent females spreading their legs and exposing their genitals. The email message stated:

> From: charlinthestars <charlinthestars@protonmail.com>
> Sent: Saturday, February 19, 2022 2:26 PM
> To: [REDACTED][5]
>
> Subject: [EXT_SENDER] I will take photos and videos to sell like these for you.
>
> I am Charlin Christian and I take photos and videos to sell online. I am back from New Mexico. So find me in Hutchinson KS at charlinthestar@gmail.com and I will take photos of your little ones to sell to people. And I will share the money I make from the photos and videos. I use my computer that i keep secret from everyone in Hutchinson that way we all wont get in trouble. My photo studio is called the Lucia and Christian kiddy sexy photos. my kids Aabe and Indy Lucia help me with the photos and videos. We also sell any drug's or anything ells you want including sex and happy ending massage's. So come have fun with us and mention that Bob, Mindy, and Susan sent you for a discount. Hope to hear from all of you soon You're friend Charlin Christian.
>
> charlinthestar@gmail.com
> Sent with ProtonMail Secure Email.

25.     The email also contained a "chain" of a previous message, from bobsimmons5665@protonmail.com sent on February 5, 2022. That portion contained an original email of "Hey i am going to my friend's house at 1924 W Walker ST tonight, I need you to keep these safe for me and Steve. Don't look at them or call anyone. About them I will be getting more so keep them safe from me." The content was similar to that sent to CHRISTIAN's Gmail account on February 5, 2022.

---

[5] The recipients have not been included in this affidavit, but are known to law enforcement.

26.     It is notable that the email header contained a return address of charlinthestars@protonmail.com, but within the email the writer advised to contact via charlinthestar@gmail.com. The apparent usage of the same username suggests the sender was trying to mimic the known Gmail account of CHRISTIAN, and to directly implicate the same.

27.     On February 22, 2022 at approximately 3:07 PM, MARTIN called 911 and reported receiving emails from charlinthestares@protonmail.com[6] which contained child pornography.

28.     When detectives responded to MARTIN's residence at 1845 S Ida, TETER reported he thought his and MARTIN's phones had been hacked. MARTIN and TETER both signed waivers to search their phones, and the devices were forensically processed.

29.     WPD Detectives Pearman and Newbery returned to the residence on February 23, 2022 to return cellphones to MARTIN and TETER.  Both MARTIN and TETER turned off the Airplane Mode function on their phones (thus activating receptivity) and advised they had both received additional emails similar to before (though they had not opened the emails themselves). Both agreed to let Detective Pearman retain custody of their phones for forensic downloads.

30.     While at MARTIN's residence, Detective Newberry requested access to the wireless internet at the residence and was provided a password by TETER.  Officer Newberry used a website https://ipchicken.com which showed the IP address of 172.13.8.16 was the current IP for the wireless network. This is the same IP address used to post and modify the Locanto.com advertisement from December 2019 (referenced above).

---

[6] This reflects a slight difference from the earlier email, adding an "e" to the username. This suggests that the user forgot the password for the account and had not put in a secondary email or phone, and thus created a new account to replace the old one.

31.    Examination of the phones' contents showed TETER received an email from bobsimmons5665@protonmail.com at his address of christopherteter42421@gmail.com on February 22 at 4:41 PM.  The email stated "We will get you to take the blame for this.  And make Susan and Charlin blame you.  That way you get in trouble.  Hope you enjoy being blamed for this.  We have our friend helping blame you and Charlin that way you will be the only one to get in trouble.  Steve Sifers is helping us with that."  The email contained photos of CHRISTIAN and photos of prepubescent females spreading their legs to show their genitals as well as prepubescent children engaging in various sex acts, including penetration of genitals with a carrot and oral sex.  The reference to STEVE SIFERS is a reference to a previous boyfriend of MARTIN, whom TETER outed to MARTIN as a convicted sex offender.

32.    TETER also received an email from charlinthestares@protonmail.com on February 22, 2022 at 5:30 PM.  The email stated "I am Charlin Christian and I take photos and videos to sell online.  I am back from new Mexico.  So find me in Hutchinson KS at charlinthestar@gmail.com and I will take photos of your little ones to sell to people. And I will share the money I make from the photos and videos. I use my computer that I keep secret from everyone in Hutchinson that way we all  wont get in trouble. My photo studio is called the Lucia and Christian kiddy sexy photos. My kids Aabe and Indy Lucia help me with the photos and videos. We also sell any drug's or anything ells you want including sex and happy ending massage's. So come have fun with us and mention that Bob, Mindy, and Susan sent you for a discount.  Hope to hear from all of you soon you're friend Charlin Christian."  The images in the email appeared to be the same as the email from bobsimmons5665@protonmail.com sent to CHRISTIAN on February 5, 2022, suggesting the operator of the accounts has continued to retain the images in order to send them from new Protonmail accounts.

9

**Search warrant for MARTIN's residence and devices**

33.     A search warrant was obtained for 1845 S IDA and was served on March 17, 2022. A laptop was located in TETER's bedroom. Thumbnail images of Child pornography were located on the laptop.

34.     Following this search, MARTIN and TETER subsequently left the residence and appear to have left the jurisdiction, establishing a new residence (together) in Arkansas.

**A series of CyberTips are connected to the Investigation**

35.     Subsequent to the aforementioned investigation, law enforcement discovered several CyberTipline reports which appeared related to this investigation. Highly summarized, these CyberTip Reports related to accounts, identified by Facebook and Google, that had been used to transmit child pornography.

36.     On February 6, 2022, Google submitted Report 117433986 to the National Center for Missing and Exploited Children (NCMEC) CyberTipline. Google reported that, on February 5, 2022, at 19:18:19 UTC, Google detected a user, identified as "robertsimmons5667@gmail.com," had uploaded an image of child pornography to the user's Google Drive storage. Google identified the image content as involving a prepubescent minor involved in a sex act.[7] Google captured the image and provided the same with its report.

37.     Google also provided the user information. The user reportedly had a 'verified' email account, meaning that Google had separate contact with the user to establish the account.

_____

[7] Google noted it conducted a "hash match" of the images, further explaining "while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography." Because Google personnel are known to be trained in identifying child pornography, as defined in 18 U.S.C. § 2256(8), and because Google has substantial experience in identification of the same, Google's identification of the reported image as "apparent child pornography" (including that the image involved a prepubescent minor involved in a sex act) provides sufficient evidence for probable cause.

38.     Google also noted the "original filename" for the file was "download – 2022-02-05T124006.553.jpg" which suggests the file had been downloaded by the user on February 5, 2022 at 12:40:06 (although unknown if UTC or another timezone) prior to being uploaded to the Google drive account.

39.     Google further reported that the image had been uploaded on February 5, 2022, at 19:18:19 UTC via IPv6 address 2600:1700:649c:c30:35a9:657c:6fc7:f6e0. This IPv6 address appears in the next CyberTipline Report from Facebook.

40.     Also on February 6, 2022, Facebook submitted Report 117435133 to the National Center for Missing and Exploited Children (NCMEC) CyberTipline. Facebook reported that it had detected a user, identified as "Steve Sifers" (Facebook User ID 100078060334329), had used Facebook Messenger to send images of child pornography to two Facebook account recipients, "charlinchristian" (Facebook User ID 100000108190613)   and "charlin.christ" (Facebook User ID 100007807337416).[8]

41.     Facebook reported the user "Steve Sifers" had repeatedly uploaded images of what Facebook identified as "apparent child pornography" involving a pubescent child engaged in a sex act, from its review and familiarity with the image content.[9] Facebook reported the same files of

---

[8] The two latter accounts "charlinchristian" and "charlin.christ" are known personal accounts of Charlin CHRISTIAN, the target of the stalking activity.

[9] Facebook noted it conducted a "hash match" of the images, meaning Facebook personnel had previously seen the image, identified the contents as apparent child pornography, and retained the depiction's unique hash value. In this manner, Facebook may automate the capture of previously seen child pornography images. Because Facebook personnel are trained in identifying child pornography, as defined in 18 U.S.C. § 2256(8), and because Facebook has substantial experience in identification of the same, Facebook's identification of the reported image as "apparent child pornography" (including that the image(s) involved a pubescent minor involved in a sex act) provides sufficient evidence for probable cause.

11

"apparent child pornography" were uploaded several times on February 5, 2022, starting around 19:20:30 UTC.

42.     For the "Steve Sifers" account (Facebook User ID 100078060334329), Facebook provided an associated email of "stevesifers727@gmail.com." Facebook provided IPv6 address information relative to the account, including identifying uploads occurring via IPv6 address 2600:1700:649c:c30:35a9:657c:6fc7:f6e0 on February 5, 2022, at 19:20:30 UTC. This is the same IPv6 address reported by Google (referenced above) and is accessed roughly two minutes after the activity reported by Google for the "robertsimmons5667@gmail.com." This strongly indicates the user(s) were located at the same physical location, and that the user(s) or operator(s) of the accounts may be the same or acting in concert.

43.     Facebook provided the Messenger content, which reflected written messaging sent in conjunction with images that Facebook identified as apparent child pornography. The messaging reflected the following communication:

> "Hello this is Steve Susan Martin boyfriend. You should come over to my house with Bob Simmons and Susan Martin tonight. Bob is bringing free state and weed. He said I should invite you to our party. This is the kind of fun Bob, Susan, and I have. Come to 1924 W Walker ST Wichita KS 67213 at eight thirty PM. A few of the pic's are Bob and my granddaughter's. From my kids kid's it will be a fun party. Here is Bob and my granddaughter."

From Facebook's report, the above written messaging was sent via Messenger Thread ID 5501387969874755, on February 5, 2022, at 19:35:41 UTC, and was sent immediately preceding and following the uploaded child exploitation image(s).

44.     Facebook also reported the account had most recently been accessed, on February 5, 2022, at 20:18:28 UTC via IPv6 address 2600:1700:649c:c30:e594:895c:51aa:e6d0. From previously subpoenaed information, this IPv6 address is known to return to MARTIN's residence at 1845 S Ida.

45.     On February 6, 2022, Google submitted Report 117443663 to the National Center for Missing and Exploited Children (NCMEC) CyberTipline. Google reported that it had detected a user, identified as "stevesifers727@gmail.com," had uploaded images of child pornography to the user's Google Drive storage. Google identified the image content as involving pubescent minors involved in sex act.[10] Google captured the image and provided the same with its report.

46.     Google also provided the user information. The user reportedly had a 'verified' email account, meaning that Google had separate contact with the user to establish the account.

47.     A review of the IP address information associated with the uploaded images revealed the "stevesifers727@gmail.com" had accessed the same IPv6 address that had been used in the Facebook account, referenced above. Specifically, on February 5, 2022, at 17:15:09 UTC, the "stevesifers727@gmail.com" account was logged into via IPv6 address 2600:1700:649c:c30:5951:6076:18af:bcd3; on the same date, at 17:15:00 UTC, the Facebook account was logged into via the same IPv6 address. The 9 second difference strongly indicates the user(s) were located at the same physical location, and that the user(s) or operator(s) of the accounts may be the same or acting in concert.

---

[10] Subsequent review of the image indicated the same image had been one of those sent via Protonmail, as discussed above.

13

48.     From previously subpoenaed information, this IPv6 address is known to return to MARTIN's residence at 1845 S Ida.

49.     Preservation requests were sent to Facebook and Google.

## BACKGROUND CONCERNING EMAIL

50.     In my training and experience, I have learned that Google provides a variety of on-line services, including electronic mail ("email") access, to the public.  Google allows subscribers to obtain email accounts at the domain name gmail.com like the email account[s] listed in Attachment A.  Subscribers obtain an account by registering with Google.  During the registration process, Google asks subscribers to provide basic personal information.  Therefore, the computers of Google are likely to contain stored electronic communications (including retrieved and unretrieved email for Google subscribers) and information concerning subscribers and their use of Google services, such as account access information, email transaction information, and account application information.  In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

51.     An Google subscriber can also store with the provider files in addition to emails, such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to emails), and other files, on servers maintained and/or owned by Google.  In my training and experience, evidence of who was using an email account may be found in address books, contact or buddy lists, email in the account, and attachments to emails, including pictures and files.

52.     In my training and experience, email providers generally ask their subscribers to provide certain personal identifying information when registering for an email account.  Such information can include the subscriber's full name, physical address, telephone numbers and other

14

identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based on my training and my experience, I know that, even if subscribers insert false information to conceal their identity, this information often provides clues to their identity, location, or illicit activities.

53.     In my training and experience, email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (*i.e.*, session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, email providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

54.     In my training and experience, in some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. In my training and experience, such information may constitute

15

evidence of the crimes under investigation because the information can be used to identify the account's user or users.

55.      As explained herein, information stored in connection with an email account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, the information stored in connection with an email account can indicate who has used or controlled the account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, email communications, contacts lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time.  Further, information maintained by the email provider can show how and when the account was accessed or used.  For example, as described below, email providers typically log the Internet Protocol (IP) addresses from which users access the email account, along with the time and date of that access.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the email account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner.  Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (*e.g.*, location information integrated into an image or video sent via email).  Last, stored electronic data may provide relevant insight into the email account owner's state of mind as it relates to the offense under investigation. For example, information in the email account may indicate the owner's motive and intent to

16

commit a crime (*e.g.*, communications relating to the crime), or consciousness of guilt (*e.g.*, deleting communications in an effort to conceal them from law enforcement).

56.     Likewise, because free email services, such as Gmail, tend to rely on advertising in order to pay for the service, it is likely that Google obtained information relative to the user's computer and other activity, via the use of cookies[11], to develop the targeted advertising. In this manner, user attribution may be discerned by the collection of cookie data as well as review of advertisements sent to the account.

57.     Because this case involves the potential distribution of child pornography as a means of harassing or intimidating others, it is suspected that this account was created for the sole purpose for uploading and distributing child pornography. If the account was created for the purpose of harassing or intimidating another, the absence of "regular use" data would be an indicator of such purpose.

## CONCLUSION

58.     Based on the foregoing facts, there is probable cause to believe the above-identified Google account (further described in Attachment A) has been involved in and used to facilitate or commit the violations of 18 U.S.C. §§ 2261A, 2252A(a)(2), and 2252A(a)(5)(B), and that evidence of those criminal offenses will be located in the account described above. Further, I submit that such evidence, listed in Attachment B to this affidavit, constitutes contraband, the fruits of crime,

_____

[11] Per Google's Privacy and Settings webpage: "Google uses cookies for advertising, including serving and rendering ads, personalizing ads (depending on your ad settings at g.co/adsettings), limiting the number of times an ad is shown to a user, muting ads you have chosen to stop seeing, and measuring the effectiveness of ads." Available online here: https://policies.google.com/technologies/cookies?hl=en-US

or things otherwise criminally possessed, or property which is or has been used as the means of committing the foregoing offenses.

      59.    Therefore, I respectfully request that the attached warrant be issued authorizing the search and seizure of the account, listed in Attachment A, for the evidence listed in Attachment B.

      60.    Moreover, because the warrant will be served on Google, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

              Respectfully submitted,

              Detective Natalie Daemen 2375
              Task Force Officer
              Federal Bureau of Investigation

Subscribed and sworn to before me on _____, 2022.

Honorable Gwynne E. Birzer
UNITED STATES MAGISTRATE JUDGE

18

## **ATTACHMENT A**

### **Property to Be Searched**

This warrant applies to information associated with

**STEVESIFERS727@GMAIL.COM**

that is stored at premises owned, maintained, controlled, or operated by Google LLC, a company

headquartered in Mountain View, California.

**ATTACHMENT B**

**Particular Things to be Seized**

I.      **Information to be disclosed by Google LLC (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google LLC ("Google"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Google, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google is required to disclose the following information to the government for each user ID listed in Attachment A, for the period between June 16, 2021 to present (with exception for registration information which may predate that period):

(a)      All contact and personal identifying information provided to Google, during the registration process or at any time thereafter, including but not limited to secondary or verification accounts, cookie data analytics, and GPS location data;

(b)      All IP logs, including all records of the IP addresses that logged into the account;

(c)      All activity logs, including IP addresses, for the account and all other documents showing the user's activity, and specifically including Google Photos activities;

(d)      All records or other information regarding the devices and internet browsers associated with, or used in connection with, the identified account, including the hardware model, operating system version, unique device identifiers, and mobile network information;

(e)      All photos and videos uploaded by that user and all photos and videos uploaded by any other user to that account, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and video;

2

(f)    All public-facing profile information for the account;

(g)    All contacts of the account, lists of approved users, and including the privacy settings associated with such lists;

(h)    All other records and contents of communications and messages made or received by the user;

(i)    The types of service utilized by the user;

(j)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(k)    All privacy settings and other account settings for the identified account;

(l)    All records pertaining to communications between Google and any person regarding the identified account, including contacts with support services and records of actions taken.

Google is hereby ordered to disclose the above information to the government within **30 DAYS** of issuance of this warrant. (Google may request an extension, and such extension may be authorized by the receiving agent or agency, TFO Natalie Daemen of FBI.)


## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of the criminal violations of 18 U.S.C. §§ 2252A(a)(2), 2252A(a)(5)(B), and 2261A(a)(2), as described in the Affidavit, including information pertaining to the following matters:

3

(a) Any and all visual depictions of minors engaged in sexually explicit conduct, child pornography, child erotica, and communications pertaining to child pornography, child sexual abuse, and child sexual exploitation;

(b) Any and all evidence tending to reveal the identity of the person(s) who created or used the Google account, including records that help reveal the whereabouts of such person(s);

(c) Any and all evidence indicating how and when the Google account was accessed or used, to determine the chronological and geographic context of account access, use, and operation, in relation to the crimes under investigation;

(d) Any and all evidence indicating the account user's state of mind as it relates to the crimes under investigation;

(e) Any and all evidence pertaining to access, use, or operation of, or communication with, the Protonmail, Gmail, Facebook, and Locanto accounts described in the attached affidavit;

(f) Any and all evidence showing communications with or about Charlin Christian, Steve Sifers, Robert Simmons, Susan Martin, Christopher Teter, and the recipients of the child pornography emails known to law enforcement from the Protonmail emails, referenced in the attached affidavit.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical

experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.